# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THEODORE C. PLOWDEN,**

      **Plaintiff,**

-vs-                                      Case No. 6:04-cv-1567-Orl-28KRS

**EXACT PLUMBING, INC., JASON R. TURNER,**

      **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS (Doc. No. 18)**
>
> **FILED:**     August 1, 2005
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

In the motion, counsel for the plaintiff states that she had "attempted to confer with Defendants' counsel in an effort to resolve these discovery issues without Court action." Doc. No. 18 at 1. As explicitly stated in the Case Management and Scheduling Order, "[c]ounsel who merely 'attempt' to confer have not 'conferred' . . ." within the meaning of Middle District of Florida Local Rule 3.01(g). Doc. No. 13 at 4. Further, I note that the motion is directed toward the "defendants," while the attached discovery requests that are the subject of the motion are directed only to Defendant Exact Plumbing, Inc. Doc. No. 18 pt. 2.

**DONE** and **ORDERED** in Orlando, Florida on August 22, 2005.

                                                       *Karla R. Spaulding*
                                                  KARLA R. SPAULDING
                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties